IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VILMA BOUCHARD, Executrix
of the Estate of SAMANTHA A. BOUCHARD,

       Plaintiff,                          04cv1798

v.                                      Electronically Filed

CSX TRANSPORTATION, INC.,

       Defendant.

<u>Order of Court</u>

The parties have filed certain objections (doc. nos. 181, 182, and 183) to the Court's final jury instructions (doc. no. 175) and verdict slip (doc. no. 176). The parties have not raised any objections not previously considered by the Court. After additional consideration, said objections are overruled.

SO ORDERED this 4th day of December, 2006.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All counsel of record