IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VILMA BOUCHARD, Executrix
of the Estate of SAMANTHA A. BOUCHARD,

      Plaintiff,                                    04cv1798

v.                                                  Electronically Filed

CSX TRANSPORTATION, INC.,

      Defendant.

<u>Order of Court</u>

It is hereby ORDERED that plaintiff is granted leave to amend her exhibit list to include the bicycle and Exhibit 70 as liability exhibits. Plaintiff and defendant are allowed to make and use enlargement of exhibits as demonstrative evidence for the jury. The time to be allotted per side at trial will be discussed at the Final Pretrial Conference and therefore, the Motion to Extend Time of the Case will be denied at this time.

Accordingly, plaintiff's Motion for Leave to Amend the Exhibit List and to Extend Time of the Case is GRANTED in part and DENIED in part (doc. no. 174).

SO ORDERED this 4th day of December, 2006.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:     All counsel of record