IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VILMA BOUCHARD, ADMINISTRATRIX OF
ESTATE OF SAMANTHA A. BOUCHARD,

    PLAINTIFF,                              04CV1798
V.                                        ELECTRONICALLY FILED

CSX TRANSPORTATION, INC.,

    DEFENDANT.

## Verdict Slip

1. State the total amount of damages which you are awarding for the plaintiff (on behalf of the decedent).  **When deliberating regarding these amounts, DO NOT reduce your award by the percentage of contributory negligence which you attributed to plaintiff in the first liability trial.**

    Under the Wrongful Death Act   $ _____

    Under the Survival Act          $ _____

    TOTAL                    =   $ _____

    **SO SAID BY ALL.**

    Dated: _____

    Signed by all jurors:

    _____   _____
    Jury Foreman

    _____   _____

    _____   _____

    _____   _____