IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VILMA BOUCHARD, as Executrix of the Estate of SAMANTHA A. BOUCHARD,<br>　　　　　　　　　Plaintiff,<br>　v.<br>CSX TRANSPORTATION, INC.,<br>　　　　　　　　　Defendant. | Civil Action No. 04-1798<br><br>The Hon. Arthur J. Schwab |

### STIPULATION OF DISMISSAL AND SATISFACTION OF JUDGMENT

AND NOW, come the parties, by and through their undersigned counsel, and hereby agree and stipulate that the final judgment award to the Plaintiff in the amount of $709,893.19 has been paid and satisfied in full by Defendant, that all claims are dismissed with prejudice, that each party shall bear their own costs incurred in this action, and that the case is terminated from the docket of this Court.

FELDSTEIN, GRINBERG, STEIN & McKEE　　　DICKIE, McCAMEY & CHILCOTE, P.C.

By: s/ Stanley M. Stein　　　　　　　　　　　By: s/ Scott D. Clements
　　Stanley M. Stein, Esquire　　　　　　　　　　　Scott D. Clements, Esquire
428 Boulevard of the Allies　　　　　　　　　Two PPG Place, Suite 400
Pittsburgh, PA 15219　　　　　　　　　　　　Pittsburgh, PA 15222
(412) 263-6111　　　　　　　　　　　　　　　(412) 281-7272
*Attorneys for Plaintiff,*　　　　　　　　　　　*Attorneys for Defendant,*
*Vilma Bouchard.*　　　　　　　　　　　　　　*CSX Transportation, Inc.*

IT IS SO ORDERED this 27th day of November, 2007:

Arthur J. Schwab
United States District Court Judge